# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Robin Dwain Dunn | **CASE INFORMATION:** 4 23CR 249 BLW |
| **JUVENILE:** No | **RELATED COMPLAINT:** No |
| **PUBLIC or SEALED:** Sealed | **CASE NUMBER:** |
| **SERVICE TYPE:** Warrant (Summons/ Warrant/ Notice) | |
| **ISSUE:** Yes | **County of Offense:** Bonneville |
| **INTERPRETER:** No | |
| **If YES, language:** | |

*U.S. COURTS — SEP 14 2023 — Rcvd____ Filed____ Time____ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

**Felony:** Yes       **Class A Misdemeanor:** No
                    **Class B or C Misdemeanor:** No
                    (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) and 846 | ONE | Conspiracy to Distribute Fentanyl and Methamphetamine | Up to 20 years imprisonment, at least three years supervised release, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | TWO and THREE | Possession with Intent to Distribute Fentanyl and Methamphetamine | Up to 20 years imprisonment, at least three years supervised release, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2 | FOUR | Distribution of Fentanyl | Up to 20 years imprisonment, at least three years supervised release, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of listed property |

Date: 13 September 2023

Assistant U.S. Attorney: FRANCIS J. ZEBARI
CHRISTOPHER S. ATWOOD
Telephone No.: (208) 334-1211